**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:   (212) 351-4000
Facsimile:   (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:   (415) 393-8200
Facsimile:   (415) 393-8306

**COOLEY LLP**
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

*Attorneys for Defendant Meta Platforms, Inc.*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHYLLIS NICHOLS, ROBIN COOK, and LAWRENCE NOVIDA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 4:24-cv-02914-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR CONTEMPLATED MOTION TO DISMISS**<br><br>Date Action Filed: April 9, 2024<br><br>Honorable Jeffrey S. White |

Pursuant to the Court's Civil Standing Orders and Civil Local Rule 7-12, Defendant Meta Platforms, Inc. ("Meta") and Plaintiffs Phyllis Nichols, Robin Cook, and Lawrence Novida, by and through their respective counsel of record, respectfully submit this stipulation to seek extensions on the page limits applicable to the briefings on Meta's anticipated motion to dismiss plaintiffs' Amended Complaint.

WHEREAS, on July 29, 2024, the Court granted the parties' joint stipulation and issued an order setting the briefing schedule for Meta's anticipated motion to dismiss plaintiffs' Amended Class Action Complaint (Dkt. 25);

WHEREAS, on August 21, 2024, plaintiffs filed a 43-page Amended Class Action Complaint, asserting eight claims for relief on behalf of an alleged nationwide class (Dkt. 26);

WHEREAS, the Court's Civil Standing Orders dated October 2023 sets a 15-page limit for "[a]ll briefs, whether in support of, in opposition to, or in reply to any motion";

WHEREAS, no previous page limit modifications have been made in this case;

WHEREAS, the parties have met and conferred about the subject matter of the stipulation; and

WHEREAS, the parties agree that the page limitations provided for in the Court's Civil Standing Orders are inadequate to fully address the factual allegations and causes of action set forth in the Amended Complaint, and that the Court will benefit from more thorough briefing by the parties;

NOW THEREFORE, the parties hereby stipulate, subject to the approval of this Court, that:

- Meta's memorandum of points and authorities in support of its motion to dismiss shall be limited to 25 pages;
- Plaintiffs' opposition to Meta's motion to dismiss shall be limited to 25 pages;
- Meta's reply in support of its motion to dismiss shall be limited to 15 pages.

**IT IS SO STIPULATED.**

Gibson, Dunn & Crutcher LLP

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR
CONTEMPLATED MOTION TO DISMISS — CASE NO. 4:24-CV-02914-JSW

| | | |
|---|---|---|
| 1 | DATED: September 19, 2024 | **GIBSON, DUNN & CRUTCHER LLP** |

By:  */s/ Elizabeth K. McCloskey*
    Elizabeth K. McCloskey

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     (415) 393-4622

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:      (212) 351-4035

**COOLEY LLP**

By:  */s/ Michael G. Rhodes*
    Michael G. Rhodes

MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Defendant Meta Platforms, Inc.*

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR
CONTEMPLATED MOTION TO DISMISS — CASE NO. 4:24-CV-02914-JSW

**LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
Todd D. Carpenter

TODD D. CARPENTER
todd@lcllp.com
1234 Camino Del Mar
Del Mar, CA 92014
Telephone: (619) 762-1900

KATRINA CARROLL
katrina@lcllp.com
KYLE SHAMBERG
kyle@lcllp.com
Lynch Carpenter, LLP
111 W. Washington St., Ste. 1240
Chicago, IL 60602
Telephone: (312) 750-1265

**FREED KANNER LONDON & MILLEN LLC**

By: */s/ Jonathan M. Jagher*
Jonathan M. Jagher

JONATHAN M. JAGHER
jjagher@fklmlaw.com
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486

**MCGUIRE LAW, P.C.**

By: */s/ David L. Gerbie*
David L. Gerbie

DAVID L. GERBIE
dgerbie@mcgpc.com
ANDREW T. HELDUT
aheldut@mcgpc.com
JOSEPH DUNKLIN
jdunklin@mcgpc.com
55 W. Wacker Drive, 9th Floor
Chicago, IL 606061
Telephone: (312) 893-7002

*Attorneys for Plaintiff Phyllis Nichols*

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR CONTEMPLATED MOTION TO DISMISS — CASE NO. 4:24-CV-02914-JSW

**[PROPOSED] ORDER**

The above Joint Stipulation and Proposed Order to Extend Page Limits Pursuant to Civil Local Rule 7-12 is GRANTED.  IT IS SO ORDERED that:

- Meta's memorandum of points and authorities in support of its motion to dismiss shall be limited to 25 pages;
- Plaintiffs' opposition to Meta's motion to dismiss shall be limited to 25 pages;
- Meta's reply in support of its motion to dismiss shall be limited to 15 pages.

**IT IS SO ORDERED**.

Dated: _____

_____
Hon. Jeffrey S. White
United States District Judge

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR
CONTEMPLATED MOTION TO DISMISS — CASE NO. 4:24-CV-02914-JSW

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Elizabeth K. McCloskey, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: September 19, 2024                              By:  /s/ *Elizabeth K.* McCloskey
                                                                          Elizabeth K. McCloskey

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND PAGE LIMITS FOR
CONTEMPLATED MOTION TO DISMISS — CASE NO. 4:24-CV-02914-JSW