UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHYLLIS NICHOLS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 24-cv-02914-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE; REQUIRING PROPOSED CASE MANAGEMENT SCHEDULE**<br><br>Re: Dkt. No. 32 |

The Court has considered the Initial Case Management Statement submitted by the parties, and it HEREBY VACATES the Case Management Conference scheduled for October 11, 2024.

The parties have agreed to, and the Court has approved, an elongated briefing schedule on Defendant Meta Platforms, Inc.'s ("Meta") anticipated motion to dismiss. Meta asks to defer setting a schedule in this action until the Court rules on Meta's motion, which will be filed on October 15, 2024 and heard on January 17, 2025.

The Court finds that waiting to set an initial case management schedule would result in undue delay. The parties are thus ORDERED to meet and confer and propose a joint case management schedule **by October 25, 2024**. The proposed schedule need not include anticipated trial dates or pretrial deadlines.

**IT IS SO ORDERED.**

Dated: October 8, 2024

_____
JEFFREY S. WHITE
United States District Judge