**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    (212) 351-4000
Facsimile:     (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    (415) 393-8200
Facsimile:     (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

*Additional Attorneys on Signature Block*

**LYNCH CARPENTER, LLP**
TODD D. CARPENTER
todd@lcllp.com
1234 Camino Del Mar
Del Mar, CA 92014
Telephone: (619) 762-1900

**FREED KANNER LONDON & MILLEN LLC**
JONATHAN M. JAGHER
jjagher@fklmlaw.com
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486

*Attorneys for Plaintiffs Phyllis Nichols, Robin Cook, and Lawrence Novida*

*Additional Attorneys on Signature Block*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHYLLIS NICHOLS, ROBIN COOK, and LAWRENCE NOVIDA, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Case No. 4:24-CV-02914-JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND META'S DEADLINE TO RESPOND TO AMENDED COMPLAINT**<br><br>Date Action Filed:     April 9, 2024<br><br>Judge:    Honorable Jeffrey S. White |

1  Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, plaintiffs and Defendant Meta Platforms,
2  Inc. ("Meta") by and through their respective counsel of record, hereby stipulate as follows:

3  WHEREAS, this action was filed in the Superior Court of California for the County of San
4  Mateo on April 9, 2024;

5  WHEREAS, on May 14, 2024, Meta filed a notice of removal in the Superior Court of
6  California for the County of San Mateo removing this case to the Northern District of California where
7  it was assigned Case No. 4:24-cv-02914-DMR;

8  WHEREAS, on May 17, 2024, the parties submitted a joint stipulation to extend Meta's
9  deadline to respond to the Complaint (Dkt. 11);

10  WHEREAS, on May 17, 2024, the parties submitted a joint stipulation to propose a briefing
11  schedule for Meta's anticipated motion to dismiss plaintiff's Complaint (Dkt. 12);

12  WHEREAS, on May 24, 2024, the Court granted the parties' joint stipulation and issued an
13  order setting the briefing schedule for Meta's anticipated motion to dismiss plaintiff's Complaint (Dkt.
14  20);

15  WHEREAS, on July 10, 2024, Meta filed a Motion to Dismiss (Dkt. 22) and a Request for
16  Judicial Notice (Dkt. 23);

17  WHEREAS, in lieu of responding to Meta's Motion to Dismiss and Request for Judicial Notice,
18  plaintiff stated it intended to amend the operative Complaint (Dkt. 1) and requested a 21-day extension
19  to August 21, 2024 to do so, and Meta consented to the requested extension;

20  WHEREAS, on July 26, the parties submitted a joint stipulation to propose a briefing schedule
21  for Meta's contemplated motion to dismiss and to continue case deadlines as modified (Dkt. 24);

22  WHEREAS, on July 29, 2024, the Court granted the parties' joint stipulation and issued an
23  order setting the briefing schedule for Meta's anticipated motion to dismiss plaintiffs' amended
24  complaint (Dkt. 25);

25  WHEREAS on August 21, 2024, plaintiffs filed a 43-page Amended Class Action Complaint,
26  adding two additional named plaintiffs and asserting eight claims for relief on behalf of an alleged
27  nationwide class (Dkt. 26);

28

WHEREAS, the parties have met and conferred and agree that additional time is warranted to brief Meta's contemplated motion to dismiss the amended complaint;

WHEREAS, the parties have come to an agreement to propose the following briefing schedule for Meta's contemplated motion to dismiss:

    a. Meta's deadline to answer or otherwise respond to the forthcoming amended complaint will be October 29, 2024;

    b. Plaintiffs' deadline to file their Opposition to any motion to dismiss will be December 6, 2024;

    c. Meta's deadline to file a reply in support of any motion to dismiss will be December 20, 2024.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and Meta, subject to the approval of this Court, that the following deadlines will be revised as follows:

| Event | Deadline |
| --- | --- |
| Answer or Other Response to the Amended Complaint | October 29, 2024 |
| Opposition to any Motion to Dismiss | December 6, 2024 |
| Reply in Support of any Motion to Dismiss | December 20, 2024 |

IT IS SO STIPULATED.

| | | |
|---|---|---|
| 1 | DATED: October 11, 2024 | **GIBSON, DUNN & CRUTCHER LLP** |

By: */s/Elizabeth K. McCloskey*
    Elizabeth K. McCloskey

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:     (415) 393-4622

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:     (212) 351-4000
Facsimile:      (212) 351-4035

**COOLEY LLP**

By: */s/ Michael G. Rhodes*
    Michael G. Rhodes

MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Defendant Meta Platforms, Inc.*

| | | |
|---|---|---|
| 1 | DATED: October 11, 2024 | **LYNCH CARPENTER, LLP** |
| 2 | | |
| 3 | | By: */s/ Todd D. Carpenter* |
| | | Todd D. Carpenter |
| 4 | | TODD D. CARPENTER |
| 5 | | todd@lcllp.com |
| | | 1234 Camino Del Mar |
| 6 | | Del Mar, CA 92014 |
| | | Telephone: (619) 762-1900 |

DATED: October 11, 2024                     **LYNCH CARPENTER, LLP**

By: */s/ Todd D. Carpenter*
　　Todd D. Carpenter

　　TODD D. CARPENTER
　　todd@lcllp.com
　　1234 Camino Del Mar
　　Del Mar, CA 92014
　　Telephone: (619) 762-1900

　　KATRINA CARROLL
　　katrina@lcllp.com
　　KYLE SHAMBERG
　　kyle@lcllp.com
　　Lynch Carpenter, LLP
　　111 W. Washington St., Ste. 1240
　　Chicago, IL 60602
　　Telephone: (312) 750-1265

**FREED KANNER LONDON & MILLEN LLC**

By: */s/ Jonathan M. Jagher*
　　Jonathan M. Jagher

　　JONATHAN M. JAGHER
　　jjagher@fklmlaw.com
　　923 Fayette Street
　　Conshohocken, PA 19428
　　Telephone: (610) 234-6486

**MCGUIRE LAW, P.C.**

By: */s/ David L. Gerbie*
　　David L. Gerbie

　　DAVID L. GERBIE
　　dgerbie@mcgpc.com
　　ANDREW T. HELDUT
　　aheldut@mcgpc.com
　　JOSEPH DUNKLIN
　　jdunklin@mcgpc.com
　　55 W. Wacker Drive, 9th Floor
　　Chicago, IL 606061
　　Telephone: (312) 893-7002

　　*Attorneys for Plaintiffs*

**CIVIL L.R. 5-1(i)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I, Elizabeth K. McCloskey, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 11, 2024           By: */s/ Elizabeth K. McCloskey*