**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

*Attorneys for Defendant Meta Platforms, Inc.*

*Additional Attorneys on Signature Block*

**LYNCH CARPENTER, LLP**
TODD D. CARPENTER
todd@lcllp.com
1234 Camino Del Mar
Del Mar, CA 92014
Telephone: (619) 762-1900

**FREED KANNER LONDON & MILLEN LLC**
JONATHAN M. JAGHER
jjagher@fklmlaw.com
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486

*Attorneys for Plaintiffs Phyllis Nichols, Robin Cook, and Lawrence Novida*

*Additional Attorneys on Signature Block*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

PHYLLIS NICHOLS, ROBIN COOK, and LAWRENCE NOVIDA, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 4:24-CV-02914-JSW

**JOINT STIPULATION AND [PROPOSED] ORDER ON CASE MANAGEMENT SCHEDULE**

Date Action Filed:    April 9, 2024

Judge:    Honorable Jeffrey S. White

WHEREAS, on October 8, 2024, this Court ordered the parties "to meet and confer and propose a joint case management schedule by October 25, 2024" that "need not include anticipated trial dates or pretrial deadlines" (Dkt. 34);

WHEREAS, Meta Platforms Inc. ("Meta") and plaintiffs met and conferred and agreed upon a proposed joint case management schedule;

WHEREAS, in the Rule 26(f) Report and Initial Case Management Statement (Dkt. 32), Meta "request[ed] that discovery in this case be referred to Magistrate Judge DeMarchi so that it can be coordinated with discovery in the other actions pending in the Northern District of California against Meta related to the use of the Meta Pixel in which discovery similarly has been referred to Judge DeMarchi";

WHEREAS, plaintiffs do not oppose referral and coordination of discovery with Judge DeMarchi.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs and Meta, subject to the approval of this Court, that:

1. All discovery matters are referred to Magistrate Judge Virginia K. DeMarchi; and

2. The joint proposed case management schedule is as follows:

| Case Event | Deadline |
|---|---|
| Amendments to Pleadings deadline | January 3, 2025 |
| Completion of all fact discovery | May 4, 2026 |
| Plaintiffs' motion for class certification and any expert reports in support of class certification due | June 3, 2026 |
| Defendant's opposition to Plaintiff's motion for class certification and any class certification expert reports due | August 12, 2026 |
| Plaintiffs' reply brief on class certification due | September 25, 2026 |
| Deadline for Opening Expert Disclosures (merits and non-class) | 45 days following decision on class certification |

1

| Case Event | Deadline |
|---|---|
| Deadline for Rebuttal Expert Disclosures (merits and non-class) | 45 days following filing of opening expert disclosures |
| Deadline for Reply Expert Disclosures (merits and non-class) | 30 days following filing of rebuttal expert disclosures |
| Close of Expert Discovery | 30 days following filing of reply expert disclosures |
| All opening dispositive motions filed | 45 days following the close of expert discovery |

IT IS SO STIPULATED.

JOINT STIPULATION AND [PROPOSED] ORDER ON CASE MANAGEMENT SCHEDULE
CASE NO. 4:24-CV-02914-JSW

DATED: October 25, 2024

**GIBSON, DUNN & CRUTCHER LLP**

By:  */s/ Elizabeth K. McCloskey*
　　　Elizabeth K. McCloskey

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:　(415) 393-4622

LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166
Telephone:　(212) 351-4000
Facsimile:　(212) 351-4035

**COOLEY LLP**

By:  */s/ Michael G. Rhodes*
　　　Michael G. Rhodes

MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Defendant Meta Platforms, Inc.*

DATED: October 25, 2024

**LYNCH CARPENTER, LLP**

By:  */s/ Todd D. Carpenter*
       Todd D. Carpenter

TODD D. CARPENTER
todd@lcllp.com
1234 Camino Del Mar
Del Mar, CA 92014
Telephone: (619) 762-1900

KATRINA CARROLL
katrina@lcllp.com
KYLE SHAMBERG
kyle@lcllp.com
Lynch Carpenter, LLP
111 W. Washington St., Ste. 1240
Chicago, IL 60602
Telephone: (312) 750-1265

**FREED KANNER LONDON & MILLEN LLC**

By:  */s/ Jonathan M. Jagher*
       Jonathan M. Jagher

JONATHAN M. JAGHER
jjagher@fklmlaw.com
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486

NICHOLAS R. LANGE
nlange@fklmlaw.com
100 Tri-State International Drive, Suite 128
Lincolnshire, IL 60069
Telephone: (224) 632-4510

**MCGUIRE LAW, P.C.**

By:  */s/ David L. Gerbie*
       David L. Gerbie

DAVID L. GERBIE
dgerbie@mcgpc.com
ANDREW T. HELDUT
aheldut@mcgpc.com
JOSEPH DUNKLIN
jdunklin@mcgpc.com
55 W. Wacker Drive, 9th Floor
Chicago, IL 606061
Telephone: (312) 893-7002

*Attorneys for Plaintiffs*

4

### [PROPOSED] ORDER

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED:**

1. All discovery matters are referred to Magistrate Judge Virginia K. DeMarchi.

2. The case management schedule is as follows:

| Case Event | Deadline |
|---|---|
| Amendments to Pleadings deadline | January 3, 2025 |
| Completion of all fact discovery | May 4, 2026 |
| Plaintiffs' motion for class certification and any expert reports in support of class certification due | June 3, 2026 |
| Defendant's opposition to Plaintiff's motion for class certification and any class certification expert reports due | August 12, 2026 |
| Plaintiffs' reply brief on class certification due | September 25, 2026 |
| Deadline for Opening Expert Disclosures (merits and non-class) | 45 days following decision on class certification |
| Deadline for Rebuttal Expert Disclosures (merits and non-class) | 45 days following filing of opening expert disclosures |
| Deadline for Reply Expert Disclosures (merits and non-class) | 30 days following filing of rebuttal expert disclosures |
| Close of Expert Discovery | 30 days following filing of reply expert disclosures |
| All opening dispositive motions filed | 45 days following the close of expert discovery |

Dated:_____          _____
                                      Jeffrey S. White
                                      United States District Judge

## CIVIL L.R. 5-1(i)(3) ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I, Elizabeth K. McCloskey, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: October 25, 2024                                        By:*/s/ Elizabeth K. McCloskey*

JOINT STIPULATION AND [PROPOSED] ORDER ON CASE MANAGEMENT SCHEDULE
CASE NO. 4:24-CV-02914-JSW