**GIBSON, DUNN & CRUTCHER LLP**
LAUREN R. GOLDMAN (*pro hac vice*)
lgoldman@gibsondunn.com
DARCY C. HARRIS (*pro hac vice*)
dharris@gibsondunn.com
200 Park Avenue
New York, NY 10166-0193
Telephone:    (212) 351-4000
Facsimile:    (212) 351-4035

ELIZABETH K. MCCLOSKEY, SBN 268184
emccloskey@gibsondunn.com
ABIGAIL A. BARRERA, SBN 301746
abarrera@gibsondunn.com
One Embarcadero Center, Suite 2600
San Francisco, CA 94111-3715
Telephone:    (415) 393-8200
Facsimile:    (415) 393-8306

**COOLEY LLP**
MICHAEL G. RHODES, SBN 116127
rhodesmg@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone: (415) 693-2000

*Attorneys for Defendant Meta Platforms, Inc.*

**LYNCH CARPENTER, LLP**
TODD D. CARPENTER
todd@lcllp.com
1234 Camino Del Mar
Del Mar, CA 92014
Telephone: (619) 762-1900

**FREED KANNER LONDON & MILLEN LLC**
JONATHAN M. JAGHER
jjagher@fklmlaw.com
923 Fayette Street
Conshohocken, PA 19428
Telephone: (610) 234-6486

**MCGUIRE LAW, P.C.**
DAVID GERBIE
dgerbie@mcgpc.com
ADNREW T. HELDUT
aheldut@mcgpc.com
JOSEPH DUNKLIN
jdunklin@mcgpc.com
55 W. Wacker Drive, 9th Floor
Chicago, IL 60601
Telephone: (312) 893-7002

*Attorneys for Plaintiffs Phyllis Nichols, Robin Cook, and Lawrence Novida*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PHYLLIS NICHOLS, ROBIN COOK, and LAWRENCE NOVIDA, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 4:24-CV-02914-JSW<br><br>~~[PROPOSED]~~ **ORDER ENTERING STIPULATION AND STAYING ALL PROCEEDINGS AND CASE DEADLINES AS MODIFIED**<br><br>**Re: Dkt. Nos. 42, 43**<br><br>Date Action Filed:    April 9, 2024<br><br>Judge:    Honorable Jeffrey S. White |

As set forth in the stipulation of the Parties filed on November 15, 2024 (ECF 42), **IT IS HEREBY ORDERED:**

1.    Plaintiffs' response deadline to Meta's Motion to Dismiss is stayed until further order of the Court; and

2.    The Parties will file a joint status report by January 30, 2025, indicating the status of resolution of *Curley v. Verogen, Inc.*, No. 1:24-cv-9508 (N.D. Ill), and if not resolved, proposing a new deadline for Plaintiffs to file a response to Meta's Motion to Dismiss.

3.    **The motion hearing set for January 17, 2025 is VACATED.**

Dated:  November 15, 2024

_____

Jeffrey S. White
United States District Judge